**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6012**

---

GREGORY OLIVER RUSTIN,

Plaintiff - Appellant,

versus

WILLIAM TORRES, Doctor; COUNTY OF HENRICO
SHERIFF'S DEPARTMENT,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-01-441-3)

---

Submitted: May 16, 2002                    Decided: May 31, 2002

---

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gregory Oliver Rustin, Appellant Pro Se.  Edward Joseph McNelis,
III, RAWLS & MCNELIS, P.C., Richmond, Virginia; Jacqueline Guess
Epps, MORRIS & MORRIS, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gregory Oliver Rustin appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Rustin v. Torres</u>, No. CA-01-441-3 (E.D. Va. Dec. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2